November 6, 1914, which affirmed an order of Special Term denying a motion for a peremptory writ of mandamus to compel defendant to issue a permit to the relator to open certain streets in the borough of Queens for the purpose of laying water mains.

*Clarence J. Shearn* for appellant.

*Frank L. Polk, Corporation Counsel* (*Terence Farley, William E. C. Mayer* and *Edward S. Malone* of counsel), for respondent.

Order affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, HOGAN, MILLER and CARDOZO, JJ.

———

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HUGH GALLAGHER, Appellant, *v.* RHINELANDER WALDO, as Police Commissioner of the City of New York, Respondent.

*People ex rel. Gallagher* v. *Waldo*, 160 App. Div. 884, affirmed.
(Submitted January 5, 1915; decided January 19, 1915.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 26, 1913, which dismissed a writ of certiorari and affirmed the proceedings of the defendant in dismissing the relator from the police force of the city of New York.

*John Jerome Rooney* for appellant.

*Frank L. Polk, Corporation Counsel* (*Terence Farley* of counsel), for respondent.

Order affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, HOGAN, MILLER and CARDOZO, JJ.